IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:19CR396 |
| vs. | ) ) | |
| CARMAN YOBANI CAPELLAN DE-MARTINEZ, | ) ) ) | ORDER |
| Defendant. | ) | |

    This matter is before the court on the Unopposed Motion to Continue Trial [26]. Counsel needs additional time to decide whether or not to proceed to trial in the instant matter. For good cause shown,

    **IT IS ORDERED** that the Unopposed Motion to Continue Trial [26] is granted, as follows:

1. The jury trial now set for September 22, 2020, is continued to **November 24, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 24, 2020,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    **DATED: August 18, 2020.**

                                           BY THE COURT:

                                           s/ Susan M. Bazis
                                           **United States Magistrate Judge**